■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN MEDINA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—attempted rape, first degree.) Present —Callahan, J. P., Denman, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN A. MARIANO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—burglary, second degree.) Present—Callahan, J. P., Denman, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN O. SIMMONS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Kasler, J.—violation of probation.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.